No. 39871.—Protests 395352–G. etc., of Mary Liotta, Inc. (New York).

Opinion by TILSON, J. Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.

No. 39872.—Protests 329225–G, etc., of John Heathcoat & Co., Inc. (New York).

Opinion by TILSON, J. Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.

No. 39873.—Protests 967258–G, etc., of L. Bamberger & Co. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) articles and fabrics in chief value of artificial silk the same as those passed upon in Abstract 37230 at 60 percent under paragraph 31; (2) embroidered articles and filet laces at 75 percent under paragraph 1430, *Glemby's* v. *United States* (13 Ct. Cust. Appls. 533, T. D. 41397), *United States* v. *Ramig* (17 C. C. P. A. 365, T. D. 43809), and *United States* v. *Jabara* (22 id. 77, T. D. 47065) followed; and (3) artificial flowers similar to those passed upon in *Robinson-Goodman* v. *United States* (17 id. 149, T. D. 43473) at 60 percent under paragraph 1419.